◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE FARMER, Appellant. [995 NYS2d 918]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered June 13, 2013, convicting him of burglary in the second degree, criminal mischief in the fourth degree, criminal possession of stolen property in the fifth degree (two counts), and petit larceny, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 112 AD3d 748, 750 [2013], *lv granted* 22 NY3d 1160 [2014]; *see generally People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133, 133 [2014]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.